MALISZEWSKI and wife, Appellants, vs. ROZNER, Respondent.

For the appellants: *A. H. Eberlein* of Wausau and *Lehner & Lehner* of Oconto Falls.

For the respondent: *W. E. Atwell* of Stevens Point.

*By the Court.*—Judgment affirmed; no costs to be taxed for respondent's brief because of failure to comply with the rule.

ESTATE OF WEBSTER: WEBSTER, Administrator, Appellant, vs. E. C. MANGER & SON COMPANY, Claimant, Respondent.

For the appellant: *William B. Webster* of Hudson, attorney, and *Ferris M. White* of River Falls, of counsel.

For the respondent: *N. O. Varnum* of Hudson.

*By the Court.*—Judgment affirmed.

WALKER, Appellant, vs. MILWAUKEE ELECTRIC RAILWAY & LIGHT COMPANY, Respondent.

For the appellant: *Walter F. Mayer* of Milwaukee.

For the respondent: *Shaw, Muskat & Sullivan* of Milwaukee.

*By the Court.*—Judgment affirmed.